IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BURL WEEMS**                                                             **PLAINTIFF**

v.                    **Case No. 4:12CV00442 KGB**

**ALMATIS, INC.; JIM WAGNER;**
**and IRIS HUNTER**                                       **DEFENDANTS**

## ORDER

Before the Court is plaintiff Burl Weems's motion to dismiss (Dkt. No. 28). Mr. Weems requests dismissal of this action with prejudice. No defendant has filed a counterclaim before being served with plaintiff's motion to dismiss. For good cause shown, the motion is granted pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This action is dismissed with prejudice.

SO ORDERED this the 31st day of December, 2013.

_____
Kristine G. Baker
United States District Judge